UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61980-CIV-ZLOCH

PHILIP PATNAUDE,

      Plaintiff,

vs.                                      **<u>FINAL ORDER OF DISMISSAL</u>**

SEARS PEST CONTROL, INC. et al.,

      Defendants.

_____/

    THIS CAUSE is before the Court upon Plaintiff's Motion To Enforce Settlement Agreement (DE 37) and the Report and Recommendation (DE 57)of United States Magistrate Judge Robin S. Rosenbaum. The Court has conducted a <u>de novo</u> review of the entire Court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 37), Plaintiff claims that the Parties entered a settlement agreement at the mediation conference held on April 3, 2009 and that the Defendants then breached that agreement. The Court referred the matter to United States Magistrate Judge Robin S. Rosenbaum for an evidentiary hearing to determine whether a valid agreement was entered into by the Parties and if it had in fact been breached. She has issued a thorough and well-reasoned Report, finding that a valid agreement was entered into at Mediation and that sanctions should be entered against Defendants for the costs of Plaintiff filing the instant Motion (DE 37). Additionally, Defendant Larry Kravitsky is represented by counsel in this matter Ira Wilmont Still, III, Esq. pursuant to

Local Rule "[w]henever a party has appeared by attorney the party cannot thereafter appear or act on the party's own behalf in the action or proceeding . . . . " S.D. Fla. L.R. 11.1.D.4. Thus, any filings made by him pro se will be struck from the Record.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation (DE 57) of United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

2. Plaintiff's Motion To Enforce Settlement Agreement (DE 37) be and the same is hereby **GRANTED**;

3. The Settlement Agreement entered into by the Parties at Mediation is deemed a valid and enforceable contract;

4. Plaintiff Phillip Patnaude does have and recover from Defendants the sum of $14,000, for all of which let execution issue;

5. By noon on Wednesday, July 8, 2009, Plaintiff shall file a Motion For Attorney's Fees incurred in the preparation and execution of his Motion To Enforce Settlement Agreement (DE 37), said Motion shall include the fees and costs incurred at the Evidentiary Hearing held before United States Magistrate Judge Robin S. Rosenbaum. And it must fully comport with the dictates of Local Rule 7.3.A;

6. Pursuant to Local Rule 11.1.D.4, Defendant Larry

Kravitsky's filings (DE Nos. 63 & 64) be and the same are hereby **STRICKEN**; and

7. To the extent not otherwise disposed of herein all pending Motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____29th____ day of June, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record