UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  0:08-cv-61980-WJZ   (Zloch)

PHILIP PATNAUDE,

    Plaintiff,

v.

SEARS PEST CONTROL, INC., a
Florida corporation, ALAN KRAVITSKY,
individually, and LARRY KRAVITSKY,
individually,

    Defendants.
_____/

**PLAINTIFF'S VOLUNTARY NOTICE OF**
**DISMISSAL OF GARNISHMENT WITHOUT PREJUDICE**

Plaintiff, PHILIP PATNAUDE, by and through his undersigned counsel, hereby files this Voluntary Notice of Dismissal of Garnishment Without Prejudice against the Garnishee BankAtlantic and state as follows:

1.    Plaintiff served Writ of Garnishment and Garnishee BankAtlantic has filed its Answer.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order dismissing the Garnishment against Garnishee BankAtlantic, without prejudice.

Dated:  October 1, 2009        Respectfully submitted,
       Boca Raton, FL

                                    *s/ Daniel R. Levine*
                                    DANIEL R. LEVINE, ESQ.
                                    Fla. Bar No. 0057861
                                    E-mail: drlevine@sbwlawfirm.com
                                    SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
                                    7777 Glades Road, Suite 400
                                    Boca Raton, FL  33434
                                    Telephone:     (561) 477-7800
                                    Facsimile:      (561) 477-7722
                                    Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on October 1, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all individuals identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF and/or U.S. Mail, as noted.

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Phillip Patnaude v. Sears Pest Control, Inc., et al.*
Case No.  0:08-cv-61980-WJZ   (Zloch)
United States District Court, Southern District of Florida

Daniel R. Levine, Esquire
E-Mail:  drlevine@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:    (561) 477-7800
Facsimile:      (561) 477-7722
Counsel for Plaintiff
*Via CM/ECF*

Ira W. Still, III, Esquire
E-Mail:  aistill@bellsouth.net
148 SW 97 Terrace
Coral Springs, FL  33071
Telephone:    (305) 303-0853
Facsimile:      (954) 827-0151
Counsel for Defendant Larry Kravitsky
*Via CM/ECF*

Peter B. Weintraub, Esquire
E-Mail:  pbw@weintraublawfirm.com
Weintraub & Weintraub, P.A.
2700 North Military Trail, Ste. 355
Boca Raton, FL  33431
Telephone:    (561) 988-6411
Facsimile:      (561) 988-6011
Counsel for Defendants Sears Pest Control
 and Alan Kravitsky
*Via CM/ECF*